FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 242nd District Court of Hale County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on December 23, 2014, the cause upon appeal to revise or reverse your judgment between

**Dennis Helbert, Individually and as Independent Executor of the Estate of Norma Irene Helbert v. Gary Helbert**

**Case Number:  07-14-00050-CV Trial Court Number:  B36605-0904**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated December 23, 2014, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on March 10, 2015.

*Vivian Long*
VIVIAN LONG, CLERK